E-FILED
Thursday, 01 April, 2010  03:29:00 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Appeal from the United States Bankruptcy |
| | ) | Court for the Central District of Illinois |
| BERWICK BLACK CATTLE, COMPANY | ) | |
| | ) | |
| Debtor. | ) | BANKR. No: 1:06-cv-82166 |
| | ) | |
| | ) | |
| BECKER & POLIAKOFF, P.A., | ) | No: 1:09-cv-1120 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK RAY et al., | ) | |
| | ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| In re: | ) | Appeal from the United States Bankruptcy |
| | ) | Court for the Central District of Illinois |
| MARK RAY, | ) | |
| | ) | |
| Debtor. | ) | BANKR. No: 1:06-cv-82165 |
| | ) | |
| | ) | |
| BECKER & POLIAKOFF, P.A., | ) | No: 1:09-cv-1121 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK RAY et al., | ) | |
| | ) | |
| Appellees. | ) | |

1

**ORDER**

This matter is now before the Court on the Order and Mandate the Seventh Circuit Court of Appeals directing this Court to dismiss these appeals for lack of standing.  Accordingly, the Court directs that the bankruptcy appeals in these matters are dismissed for lack of standing.

ENTERED this 1st day of April, 2010.


s/ Michael M. Mihm
Michael M. Mihm
United States District Judge